**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MELTON LEE MILLER**  **PLAINTIFF**
**ADC #82966**

v.  **CASE NO. 5:10CV00303 BSM**

**J. HARRIS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is entered dismissing this case with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE